```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJIT SINGH SAHOTA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>    Defendants. | CV F 06-1723 AWI-LJO<br><br>DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME AND PROPOSED ORDER |

The United States hereby requests a 60-day extension of time until March 29, 2007, to file its answer. This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: January 16, 2007        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Carolyn K. Delaney

                                        By
                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney

///
///
///
///
///
///

1

Pursuant to the defendant's request for an extension of time, it is hereby **ordered** that the defendant be granted an extension of time until **March 15, 2007.**[1]

    IT IS SO ORDERED.

**Dated:     January 16, 2007**                              **/s/ Lawrence J. O'Neill**
66h44d                                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] At this time, this Court does not grant defendants' requested extension up to March 29, 2007.