McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJIT SINGH SAHOTA,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL CHERTOFF, et. al.,<br><br>            Defendants. | CV F 06-1723 AWI-LJO<br><br>DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME AND PROPOSED ORDER |

The United States hereby requests a 60-day extension of time until March 29, 2007, to file its answer.  This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: January 16, 2007           Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Carolyn K. Delaney

                                  By
                                  CAROLYN K. DELANEY
                                  Assistant U.S. Attorney

///
///
///
///
///
///

1

Pursuant to the defendant's request for an extension of time, it is hereby **ordered** that the defendant be granted an extension of time until March 29, 2007.

        IT IS SO ORDERED.

**Dated:   January 31, 2007**         **/s/ Lawrence J. O'Neill**
66h44d                                             UNITED STATES MAGISTRATE JUDGE